Corinne Chandler – SBN 111423
 Email: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

JS-6

Attorneys for Plaintiff,
Robert Preston

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SHEFFEY PRESTON III, | CASE NO:  CV14-05581 PA (MAN) |
| Plaintiff, | ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE |
| vs. | |
| AETNA LIFE INSURANCE COMPANY and BANK OF AMERICA GROUP BENEFITS PROGRAM | |
| Defendants. | |

The Court, having considered the Stipulation submitted by the parties, and finding good cause therefor, hereby orders that this case shall be dismissed without prejudice.

Dated:  September 17, 2014

_____
The Honorable Percy Anderson
U.S. District Court Judge